# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RUBEN AGUIRRE, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN NEVADA HEALTH DISTRICT, INC.<br><br>    Defendants. | Case No. 2:13-cv-01409-LDG-CWH<br><br>**ORDER** |

    The plaintiff, Ruben Aguirre, through his attorney, M. Lani Esteban-Trinidad, moves to amend his complaint. None of the defendants has opposed the motion. Pursuant to Local Rule 7-2(d), the failure to file points and authorities in opposition constitutes a consent to the granting of the motion. Therefore,

    THE COURT **ORDERS** that Plaintiff's Motion to Amend Complaint (#26) is GRANTED; The Clerk of the Court shall file the proposed Amended Complaint, attached as Exhibit 1 to Plaintiff's Motion.

    THE COURT **FURTHER ORDERS** that Defendants' Motion to Dismiss (#5) is DENIED without prejudice as moot.

THE COURT **FURTHER ORDERS** that Plaintiff's Motion for Summary Judgement (#8) and his Motion for Default Judgement (#12) are DENIED without prejudice as moot.

THE COURT **FURTHER ORDERS** that Defendants' Motion to Strike Plaintiff's Reply (#15) and Defendants' Motion to Strike Plaintiff's Reply (#16) are DENIED without prejudice as moot.

THE COURT **FURTHER ORDERS** that Defendants' Counter-Motion to Dismiss (#18) is DENIED without prejudice as moot.

DATED this 13 day of May, 2014.

Lloyd D. George
United States District Judge